Pandy v Teachers Ins. & Annuity Assn. of Am.

2026 NY Slip Op 02570

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

COLLEEN PANDY, INDIVIDUALLY AND AS THE EXECUTOR OF THE ESTATE OF CYNTHIA GALVIN, DECEASED, PLAINTIFF-APPELLANT,

v

TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, JAMES J. GALVIN, III, AND ROBERT W. COYLE, AS EXECUTOR OF THE ESTATE OF JULIA M. COYLE, DECEASED, DEFENDANTS-RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

351 CA 24-00573

Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

WOODS OVIATT GILMAN LLP, BUFFALO (WILLIAM F. SAVINO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

WALSH PIZZI O'REILLY FALANGA LLP, NEW YORK CITY (JOSEPH L. LINARES OF COUNSEL), NEW YORK CITY, FOR DEFENDANT-RESPONDENT TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA.

THE MCGORRY LAW FIRM, LLP, BUFFALO (MICHAEL P.J. MCGORRY OF COUNSEL), FOR DEFENDANTS-RESPONDENTS JAMES J. GALVIN, III, AND ROBERT W. COYLE, AS EXECUTOR OF THE ESTATE OF JULIA M. COYLE, DECEASED.

Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 6, 2024. The order, inter alia, granted the motion of defendants for summary judgment.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court